147 A.3d 873

IN THE MATTER OF ANTHONY J. FUSCO, JR., AN ATTORNEY AT LAW(ATTORNEY NO. 251311972)

November 2, 2016

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15-292, concluding that the ethics complaint filed against **ANTHONY J. FUSCO, JR.**, of **PASSAIC**, who was admitted to the bar of this State in 1972, should be dismissed for lack of clear and convincing evidence of unethical conduct, and good cause appearing;

It is ORDERED that the complaint filed against **ANTHONY J. FUSCO, JR.**, in District Docket No. VII–2013–0038E, is hereby dismissed.